### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CWP Energy Inc., | )<br>) |
|       Plaintiff, | )    Case No.: 2:24-cv-00049<br>) |
| v. | )    The Honorable Arthur J. Schwab<br>) |
| Joshua A. Becker, Curtis Z. Ball, Stephen D. Mesh, and JJMLB LLC, | )<br>)<br>) |
|       Defendants. | ) |

### STIUPLATION OF SETTLEMENT AND DISMISSAL

Plaintiff CWP Energy Inc. ("CWP"), and Defendants Joshua A. Becker, Curtis Z. Ball, Stephen D. Mesh, and JJMLB LLC ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, file this Stipulation of Settlement and Dismissal, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

1.  CWP commenced this action by filing its Verified Complaint against Defendants, on January 12, 2024. Dkt. 1.

2.  Defendants filed and Answer and asserted Counterclaims on January 22, 2024. Dkt. 27.

3.  At the status conference held on January 23, 2024, the Parties reached an agreement in principle to settle and dismiss all claims and counterclaims, which was read into the record.

4.  As agreed, the Parties entered into the Global Settlement Agreement and General Release of All Claims ("Settlement Agreement"), attached as **Exhibit** "**A**."

5.  All terms of the Settlement Agreement are hereby incorporated into this Stipulation of Settlement and Dismissal, including but not limited to Section 7.13.

6.  The Parties, with approval by the Court, intend for the Honorable Arthur J. Schwab of the United States District Court of the Western District of Pennsylvania to retain subject matter

jurisdiction over this dispute to enforce the Settlement Agreement or adjudicate any dispute arising from the Settlement Agreement.

7. Subject to the above stipulated terms, the Parties dismiss all claims in the present action.

So stipulated and agreed to by and between counsel this 2nd day of February 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Alison R. Viola* | */s/ Malcolm James Ingram* |
| Brian T. Must, Esquire | Joel Eads, Esquire |
| Pa. I.D. No. 49657 | Pa. I.D. No. 72786 |
| Alison R. Viola, Esquire | Malcolm James Ingram, Esquire |
| Pa. I.D. No. 324768 | Pa. I.D. No. 323201 |
| Metz Lewis Brodman Must O'Keefe LLC | Greenberg Traurig, LLP |
| 444 Liberty Ave, Suite 2100 | 1717 Arch Street, Suite 400 |
| Pittsburgh, PA 15222 | Philadelphia, PA 19103 |
| Telephone: (412) 918-1100 | Telephone: (215) 988-7800 |
| Fax: (412) 918-1199 | Fax: (215) 717-5239 |
| bmust@metzlewis.com | joel.eads@gtlaw.com |
| aviola@metzlewis.com | ingramm@gtlaw.com |
| | |
| *Counsel for Plaintiff* | Louis A. DePaul, Esquire |
| | Pa. I.D. No. 93823 |
| | Eckert Seamans Cherin & Mellott, LLC |
| | 600 Grant Street, 44th Fl. |
| | Pittsburgh, PA 15219 |
| | Telephone: (412) 566-6000 |
| | Fax: (412) 566-6142 |
| | ldepaul@eckertseamans.com |
| | |
| | *Counsel for Defendants* |

**IT IS SO ORDERED.**

February __, 2024

_____
Honorable Arthur J. Schwab
United States Senior District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, a true and correct copy of the foregoing Stipulation of Settlement and Dismissal was served upon the following by ECF notification:

Joel Eads, Esquire
Malcolm James Ingram, Esquire
Greenberg Traurig, LLP
1717 Arch Street, Suite 400
Philadelphia, PA  19103
*Joel.Eads@gtlaw.com*
*ingramm@gtlaw.com*

Louis A. DePaul, Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44 Floor
Pittsburgh, PA  15219
*ldepaul@eckertseamans.com*
*(Counsel for Defendants)*

          */s/ Alison R. Viola*
          Brian T. Must, Esquire
          Alison R. Viola, Esquire